NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7058

PEDRO P. DEL ROSARIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-1596, Judge Alan G. Lance, Sr.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Pedro P. Del Rosario moves out of time for a 30-day extension of time, until November 12, 2009, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NOV 1 7 2009
_____
Date

cc: Mark R. Lippman, Esq.
Martin F. Hockey, Jr., Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2009

JAN HORBALY
CLERK